USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC#:
DATE FILED: MAY 0 5 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, | |
| Plaintiff, | No. 11 Civ. 6696 (KBF) |
| v. | No. 11 Civ. 6701 (KBF) |
| MORGAN STANLEY, *et al.*, | No. 11 Civ. 6704 (KBF) |
| Defendants. | ECF Case |
| REALTIME DATA, LLC d/b/a IXO, | |
| Plaintiff, | No. 11 Civ. 6697 (KBF) |
| v. | No. 11 Civ. 6699 (KBF) |
| CME GROUP INC., *et al.*, | No. 11 Civ. 6702 (KBF) |
| Defendants. | ECF Case |
| REALTIME DATA, LLC d/b/a IXO, | |
| Plaintiff, | No. 11 Civ. 6698 (KBF) |
| v. | No. 11 Civ. 6700 (KBF) |
| THOMSON REUTERS, *et al.*, | No. 11 Civ. 6703 (KBF) |
| Defendants. | ECF Case |

## ORDER

Having considered the Motion to Dismiss with Prejudice filed by Plaintiff  Realtime
Data, LLC D/B/A IXO ("Realtime Data") and Defendants NYSE Euronext, NYSE Arca, Inc.,
NYSE Amex, LLC, Securities Industry Automation Corporation, and Options Price Reporting
Authority, LLC (collectively, "NYSE"), this Court ORDERS:

1.     The Complaints filed by Realtime Data against NYSE in the above-captioned cases, including all claims and causes of action asserted by Realtime Data against NYSE, are dismissed with prejudice to the Plaintiff to re-filing same.

2.     All Counterclaims filed by NYSE against Realtime Data are dismissed with prejudice to the Defendants to re-filing same.

3.     Each of the parties is to bear its own costs and fees, including attorney's fees.

IT IS SO ORDERED.

May 2, 2014