IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, *et al.*,<br><br>                      Defendants. | No. 11 Civ. 6696 (KBF)<br><br>No. 11 Civ. 6701 (KBF)<br><br>No. 11 Civ. 6704 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      Plaintiff,<br><br>v.<br><br>CME GROUP INC., *et al.*,<br><br>                      Defendants. | No. 11 Civ. 6697 (KBF)<br><br>No. 11 Civ. 6699 (KBF)<br><br>No. 11 Civ. 6702 (KBF)<br><br>ECF Case |
| REALTIME DATA, LLC d/b/a IXO,<br><br>                      Plaintiff,<br><br>v.<br><br>THOMSON REUTERS, *et al.*,<br><br>                      Defendants. | No. 11 Civ. 6698 (KBF)<br><br>No. 11 Civ. 6700 (KBF)<br><br>No. 11 Civ. 6703 (KBF)<br><br>ECF Case |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Realtime Data, LLC D/B/A IXO ("Realtime Data" or "Plaintiff") and Defendant Thomson Reuters Corporation ("Thomson Reuters") represented by their attorneys, hereby stipulate and agree to as follows:

1.      The Complaints filed by Realtime Data against Thomson Reuters in the above-captioned cases, including all claims and causes of action asserted by Realtime Data against Thomson Reuters, are dismissed with prejudice to the Plaintiff to re-filing same.

2.      All Counterclaims filed by Thomson Reuters against Realtime Data are dismissed with prejudice to Thomson Reuters to re-filing same.

3.      Each of the parties to this Agreed Motion is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

A proposed order is attached as Exhibit A.

Dated: May 6, 2014

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: *(signature)*
Robert A. Cote
rcote@mckoolsmith.com
Brett E. Cooper
bcooper@mckoolsmith.com
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402 9444

Dirk D. Thomas
dthomas@mckoolsmith.com
1999 K Street, N.W.
Suite 600
Washington DC 20006
Telephone: (202) 370-8302
Facsimile: (202) 370-8344

*Attorneys For Plaintiff*
*Realtime Data Llc D/B/A/Ixo*

**BUDD LARNER, P.C.**

By: *(signature)*
Constance S. Huttner
Stephanie L. Donahue
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Phone: 973-379-4800
Fax: 973-379-7734
Chuttner@buddlarner.com
Sdonahue@buddlarner.com

David J. Tobin
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX 75201-2975
Tel: (214) 220-7700
Fax: (214) 220-7716

dtobin@velaw.com

Syed K. Fareed
Vinson & Elkins LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
Fax: (512) 542-8612
sfareed@velaw.com

*Attorneys for Defendant Thomson Reuters Corporation*