# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, | No. 11 Civ. 6696 (KBF) |
| Plaintiff, | No. 11 Civ. 6701 (KBF) |
| v. | No. 11 Civ. 6704 (KBF) |
| MORGAN STANLEY, *et al.*, | ECF Case |
| Defendants. | |
| REALTIME DATA, LLC d/b/a IXO, | No. 11 Civ. 6697 (KBF) |
| Plaintiff, | No. 11 Civ. 6699 (KBF) |
| v. | No. 11 Civ. 6702 (KBF) |
| CME GROUP INC., *et al.*, | ECF Case |
| Defendants. | |
| REALTIME DATA, LLC d/b/a IXO, | No. 11 Civ. 6698 (KBF) |
| Plaintiff, | No. 11 Civ. 6700 (KBF) |
| v. | No. 11 Civ. 6703 (KBF) |
| THOMSON REUTERS, *et al.*, | ECF Case |
| Defendants. | |

Having considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Realtime Data, LLC D/B/A IXO ("Realtime Data" or "Plaintiff") and Defendant Thomson Reuters Corporation ("Thomson Reuters"), this Court ORDERS:

1.      The Complaints filed by Realtime Data against Thomson Reuters in the above-captioned cases, including all claims and causes of action asserted by Realtime Data against Thomson Reuters, are dismissed with prejudice to the Plaintiff to re-filing same.

2.      All Counterclaims filed by Thomson Reuters against Realtime Data are dismissed with prejudice to Thomson Reuters to re-filing same.

3.      Each of the parties is to bear its own costs and fees, including attorney's fees.

IT SO ORDERED.

_____

May ____, 2014